**Arthur GREENWOOD, Appellant,**

**Parks SIMS, Plaintiff,**

**v.**

**state of MISSOURI; Missouri Board of Probation and Parole, Appellees.**

**No. 02–3514.**

United States Court of Appeals, Eighth Circuit.

Submitted April 15, 2003.

Decided April 25, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Missouri inmate Arthur Greenwood appeals the district court's[1] pre-service dismissal of his civil complaint. Having carefully reviewed the record and appellant's brief, we agree with the district court that the relief Greenwood seeks must be pursued in a 28 U.S.C. § 2254 petition after he exhausts his available state-court remedies. Accordingly, we affirm, but we modify the dismissal to be without prejudice as to all claims. *See* 8th Cir. R. 47B.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.